670

192 So. 918

**Walter PHILLIPS v. STATE.**

**6 Div. 455.**

Court of Appeals of Alabama.

Dec. 19, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

199 So. 914

**Duck PILLIGAN v. STATE.**

**8 Div. 36.**

Court of Appeals of Alabama.

Nov. 12, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

192 So. 919

**Wince PIPER v. CITY OF TUSCALOOSA.**

**6 Div. 593.**

Court of Appeals of Alabama.

Dec. 1, 1939.

PER CURIAM.

Appeal dismissed for want of prosecution.

192 So. 919

**Ed PITTS v. STATE.**

**2 Div. 676.**

Court of Appeals of Alabama.

Nov. 28, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

192 So. 919

**Henry D. POLLARD, as Receiver, Central of Ga. R. Co., v. James G. BAKER.**

**6 Div. 390.**

Court of Appeals of Alabama.

Dec. 1, 1939.

W. H. Sadler, Jr., of Birmingham, for appellant.

Harsh, Harsh & Hare and D. M. Griswold, all of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.

192 So. 919

**H. D. POLLARD, as Receiver, Central of Ga. R. Co., v. Tom CANNON, Pro Ami.**

**6 Div. 397.**

Court of Appeals of Alabama.

Dec. 1, 1939.

W. H. Sadler, III, of Birmingham, for appellant.

Gibson & Gibson, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.